THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Darrell Barr, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No.  2008-UP-358
 Submitted July 1, 2008  Filed July 10,
2008

APPEAL DISMISSED

 
 
 
 Joseph L. Savitz, III, South Carolina Commission on Indigent
 Defense, of Columbia; for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott
 and Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney
 General, and Solicitor Donald V. Myers, all of Columbia; for Respondent.
 
 
 

PER CURIAM: Darrell Barr was convicted of first-degree burglary,
 murder, first-degree criminal sexual conduct, and kidnapping.  Barr appeals,
 arguing his guilty plea should be invalidated because it appears he entered the
 plea to escape the death penalty.[1] 
 Barr did not file a separate pro se brief.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[2] Barrs appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
HEARN,
C.J., CURETON and GOOLSBY, A.J.J. concur.

[1] Barr is mentally retarded and therefore ineligible
 for the death penalty.  See Atkins v. Virginia, 536 U.S. 304, 321 (2002).  
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.